Theresa Weisse, appellee, v. Mary Fitzgerald et al., appellants. Gen. No. 29,657.

Suit to foreclose trust deed. Decree for foreclosure. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed May

11, 1925. *Certiorari* denied by Supreme Court (making opinion final).

W. P. Quinby, for appellants. No appearance for appellee.

Mr. Justice Johnston delivered the opinion of the court.